IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>           Plaintiff,<br><br>      vs.<br><br>C. MUNOZ, et al.,<br><br>           Defendants.<br>_____/ | 1:07-cv-01736 AWI-SMS (PC)<br><br>ORDER VACATING FINDING AND RECOMMENDATION FILED JANUARY 18, 2008, AND DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Docs. 6 and 7) |

On January 18, 2008, the Court issued a Finding and Recommendation recommending dismissal of this action based on plaintiff's failure to obey the Court's Order of December 7, 2007. On January 28, 2008, plaintiff filed an Objection and a Motion seeking an extension of time to file a completed application to proceed in forma pauperis, in compliance with the Court's order. Attached to the Motion is a certified copy of plaintiff's trust account statement. The certified statement is sufficient to satisfy the Court's Order and entitle plaintiff to proceed in forma pauperis in this action.

Accordingly, the Finding and Recommendation to dismiss this action is HEREBY VACATED, and plaintiff's Motion for an extension of time is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   February 13, 2008**             **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE