# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>C. MUNOZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01736-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 30, 2007. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Munoz, Paz, Parra, and Silva for violation of the Eighth Amendment arising from the conditions Plaintiff was subjected to in the management cell, against Defendant Munoz for violation of the Due Process Clause arising from Plaintiff's placement in the management cell, and against Defendant Munoz for retaliation in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended Plaintiff's Eighth Amendment claim arising out of denial of outdoor exercise, Plaintiff's due process claim against Defendant Roberson, and Plaintiff's equal protection claims be dismissed for failure to state a claim upon which relief may be granted.

1

**SGT. C. MUNOZ**

**C/O P. F. PAZ**

**C/O G. PARRA**

**C/O L. SILVA**

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 30, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed complaint filed November 30, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 27, 2008**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE