1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DESHA M. CARTER,                          CASE NO. 1:07-cv-01736-AWI-SMS PC

10                      Plaintiff,            ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS IN FULL, AND
11        v.                                 DISMISSING CERTAIN CLAIMS AND
                                             DEFENDANT ROBERSON FROM THIS
12  C. MUNOZ, et al.,                        ACTION

13                      Defendants.          (Docs. 1 and 15)
                                       /
14

15        Plaintiff Desha M. Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

17  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18        On August 28, 2008, the Magistrate Judge filed a Findings and Recommendations herein

19  which was served on Plaintiff and which contained notice that any objection to the Findings and

20  Recommendations was to be filed within twenty days.  No Objection was filed.[1]

21        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

22  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

23  and Recommendations to be supported by the record and by proper analysis.

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.      The Findings and Recommendations, filed August 28, 2008, is adopted in full;

26

27        _____

28  [1] The Findings and Recommendations was triggered by Plaintiff's decision not to file an amended complaint
    and to proceed only on the claims found to be cognizable by the Magistrate Judge in her order of August 11, 2008.
    (Doc. 14.)

1

2.      This action shall proceed on Plaintiff's complaint, filed November 30, 2007, against Defendants Munoz, Paz, Parra, and Silva for violation of the Eighth Amendment arising from the conditions Plaintiff was subjected to in the management cell, against Defendant Munoz for denial of due process arising out of placement in the management cell, and against Defendant Munoz for violation of the First Amendment for retaliation;

3.      Plaintiff's Eighth Amendment claim arising out of denial of outdoor exercise, Plaintiff's due process claim against Defendant Roberson, and Plaintiff's equal protection claims are dismissed for failure to state a claim upon which relief may be granted; and

4.      The Clerk's Office shall terminate Defendant Roberson as a party pursuant to his dismissal from this action.

IT IS SO ORDERED.

**Dated:    October 10, 2008**            **/s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE