UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>             Plaintiff,<br><br>      v.<br><br>C. MUNOZ, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-01736-SMS PC<br><br>ORDER DENYING MOTION TO FILE SUPPLEMENTAL COMPLAINT, AND DISREGARDING SUPPLEMENTAL COMPLAINT<br><br>(Doc. 41) |

Plaintiff Desha M. Carter is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2009, Plaintiff filed a supplemental complaint.[1] Fed. R. Civ. P. 15(d).

The deadline for amending the pleadings, which includes supplementing pleadings, was July 9, 2009. Plaintiff's attempt to supplement is untimely, and is not supported by a showing of good cause. Fed. R. Civ. P. 16(b). The motion is DENIED, and the supplemental complaint is DISREGARDED.

IT IS SO ORDERED.

**Dated:   November 10, 2009**           /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Although entitled as a motion, Plaintiff did not include a separate motion, and the filing itself is the proposed supplemental complaint.

1