# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER, | CASE NO. 1:07-cv-01736-SMS PC |
| Plaintiff, | ORDER STRIKING SURREPLY |
| v. | (Doc. 56) |
| C. MUNOZ, et al., | |
| Defendants. | |

On February 8, 2010, Plaintiff Desha M. Carter filed a surreply. Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the filing of a surreply as a matter of right and the Court did not order that one be filed.

Accordingly, the surreply is HEREBY ORDERED STRICKEN from the record. Defendants' motion for summary judgment was deemed submitted upon the filing of the reply, and the Court will addressed the motion in due course. Local Rule 230(l).

IT IS SO ORDERED.

**Dated:   February 9, 2010**         /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE