IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>C. MUNOZ, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:07-cv-01736 JLT (PC)<br><br>ORDER DENYING REQUEST FOR A STATUS UPDATE<br><br>(Doc. 65) |

    Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2010, Plaintiff filed a request for a status update in this case. However, just a week before, on November 23, 2010, the Court issued an order to show cause which explained the current posture of this action. Specifically, Plaintiff has until December 17, 2010 to file a pretrial statement in this case and show cause why this matter should not be dismissed due to Plaintiff's failure to comply with the Court's order. (Doc. 64.) Thus, in light of the Court's recent order to show cause, Plaintiff's November 29, 2010 request for a status update (Doc. 65) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 6, 2010**                              **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE