IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. MUNOZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:07-cv-01736 JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 80) |

Plaintiff is a prisoner proceeding pro se in this action that asserts violation of his civil rights according to 42 USC § 1983. The matter is scheduled for trial beginning on February 28, 2011.

On January 13, 2011, the Court issued its order to Plaintiff to show cause why the matter should not be dismissed. (Doc. 80) The order required Plaintiff to confirm that he will be granted permission from his parole officer to travel to Fresno for the trial. Id. On January 27, 2011, Plaintiff confirmed that he has been granted this permission and fully intends to be present for the trial on February 28, 2011. (Doc. 84). Plaintiff reports also that he is doing well on parole and is ready to attend trial. Id.

Based upon the foregoing, the Court **DISCHARGES** the order to show cause. (Doc. 80).

IT IS SO ORDERED.

Dated:　**January 28, 2011**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1