IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER, | Case No. 1:07-cv-01736 JLT (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER TO BE TRANSPORTED |
| vs. | (Doc. 91) |
| C. MUNOZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In a motion dated February 4, 2011, Plaintiff sought a Court order for his transportation to the United States Courthouse in Fresno, California for trial.  (Doc. 91.)  Since that time, the parties appeared for a telephonic settlement conference before United States Magistrate Judge Dennis L. Beck on February 8, 2011, and reached settlement in this matter.  (Doc. 90.)  All dates, including the February 28, 2011 jury trial date, have been vacated.  (Id.)

Accordingly, it is **HEREBY ORDERED** that Plaintiff's motion for a Court order (Doc. 91) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:  **February 10, 2011**                    _____
                                                                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE