IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. MUNOZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:07-cv-01736 JLT (PC)<br><br>ORDER REQUIRING THE PARTIES TO SUBMIT A STIPULATION OF DISMISSAL |

On February 8, 2011, the parties reached settlement in this action. (Doc. 90.) Accordingly, it is **HEREBY ORDERED** that within thirty days of the date of service of this order, the parties shall submit to the Court a stipulation of dismissal.

IT IS SO ORDERED.

Dated:　**February 17, 2011**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE