IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER, | Case No. 1:07-cv-01736 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS |
| vs. | |
| C. MUNOZ, et al., | |
| Defendants. | |
| _____/ | |

On February 8, 2011, the parties reached settlement in this action. (Doc. 90.) Accordingly, by order filed February 18, 2011, the Court instructed the parties to, within thirty days, submit a stipulation of settlement/dismissal. (Doc. 96.) The 30-day period has since expired, and the parties have failed to respond to the Court's instructions.

Accordingly, it is **HEREBY ORDERED** that within 21 days of the date of service of this order, the parties are to show cause why the matter should not be dismissed and/or why sanctions should not be imposed, based upon the failure to comply with the Court's order.

IT IS SO ORDERED.

Dated:   **March 23, 2011**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE