UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA CARTER,<br><br>      Plaintiff,<br><br>vs.<br><br>C. MUNOZ, et al.,<br><br>      Defendants. | Case No. 1:07-cv-01736 JLT (PC)<br><br>ORDER DISMISSING THE MATTER WITH PREJUDICE |

On March 30, 2011, the parties field a stipulation to dismiss the matter with prejudice. GOOD CAUSE APPEARING, the stipulation is GRANTED and the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 30, 2011**                           /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE